UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN THE MATTER OF: ) Case No: B-1082323 C-13D
**MARCIA E. BLOUNT,** )
 )
      Debtor(s) )
_____)

OBJECTION BY STANDING TRUSTEE TO CONFIRMATION OF PLAN

NOW COMES Richard M. Hutson, II, Standing Trustee ("Trustee") and respectfully objects to confirmation of the Debtor's plan pursuant to 11 U.S.C. §1325 and shows unto the Court the following:

1. The Debtor filed a petition under Title 11 of the United States Code, Chapter 13, on December 30, 2010, in the United States Bankruptcy Court for the Middle District of North Carolina.

2. On December 30, 2010, Richard M. Hutson, II, was appointed as Trustee.

3. This Court has proper and personal jurisdiction of the subject matter hereof and over the parties pursuant to 28 U.S.C. §§151, 157 and 1334, and the Standing Order entered by the United States District Court for the Middle District of North Carolina and this is a core proceeding within 28 U.S.C. §157(b).

4. The plan filed by the Debtor proposes a monthly payment of $876.00 for a period of at least 36 months. Unsecured creditors will not receive any dividend.

5. The Debtor's plan provides that the claim of Everhome Mortgage ("Everhome") representing a first deed of trust on the Debtor's real property will be paid as a long-term continuing debt pursuant to 11 U.S.C. §1322(b)(5) by disbursements through the Trustee and that any arrearage will be treated as a secured claim and also paid through the Trustee's office.

6. Everhome has filed a claim in the amount of $84,458.91 asserting monthly mortgage payments of $730.82 and arrearage through March of 2011 in the amount of $10,889.21.

7. The Trustee objects to confirmation of the plan in that the Debtor's proposed plan payments are not sufficient to satisfy the long-term debt of Everhome, the secured arrearage claim of Everhome and all other secured claims within the 60 month time limitation of 11 U.S.C. §1322(d).

1

WHEREFORE, the Trustee prays the Court for an Order as follows:

1. That the Debtor's plan not be confirmed in that the plan does not comply with 11 U.S.C. §1325 and the case be dismissed for cause pursuant to 11 U.S.C. §1307; or

2. For such other and further relief as the Court may deem just or proper.

This the 17th day of February, 2011.

                    /s/ Benjamin E. Lovell
                    Benjamin E. Lovell
                    Attorney for the Trustee
                    State Bar No: 23266
                    P.O. Box 3613
                    Durham, N.C. 27702

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document upon John T. Orcutt, Esq., 6616-203 Six Forks Rd., Raleigh, NC 27615, Marcia E. Blount, 2711 Wedgedale Ave., Durham, NC 27703, and Michael D. West, Esq., U.S. Bankruptcy Administrator, PO Box 1828, Greensboro, NC 27402 by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure.

This 18th day of February, 2011.

                    s/Benjamin E. Lovell
                    Benjamin E. Lovell, Esq.
                    Attorney for the Standing Trustee