C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Marcia Evans Blount | ) | **Motion and Order** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-10-82323 C-13D |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On May 5, 2011, a hearing was held on the Objection by the Standing Trustee to confirmation of the Debtor's plan which was sustained. An Order was entered giving the Debtor up to and including June 6, 2011, within which to file a new or amended proposed plan. The Debtor has failed to file a new or amended proposed plan.

The Standing Trustee respectfully recommends to the Court that this case be dismissed for failure of the Debtor to comply with the Court's Order entered May 9, 2011.


Date:  June 13, 2011                                          s/Richard M. Hutson, II
      ltp                                                     Richard M. Hutson, II
                                                              Standing Trustee

---

### ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

## PARTIES TO BE SERVED
## B-10-82323 C-13D

Marcia E. Blount
2711 Wedgedale Avenue
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402